204 COLUMBIA HEIGHTS, LLC, Respondent, v ANTHONY MANHEIM, Appellant.

Submitted June 19, 2017; decided September 12, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.